DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Shannon<br><br>Case below:<br>182 N.C. App. 350 | No. 177A07 | 1. AG's Motion for Temporary Stay (COA06-418) | 1. Allowed 04/17/07 |
| | | 2. AG's Petition for Writ of Supersedeas | 2. Allowed 06/27/07 |
| | | 3. AG's NOA Based Upon Dissent | 3. —— |
| | | 4. AG's PDR as to Additional Issues | 4. Allowed 06/27/07 |
| | | 5. Def's PDR | 5. Denied 06/27/07 |
| State v. Shue<br><br>Case below:<br>175 N.C. App. 796<br>163 N.C. App. 58 | No. 048P07 | Def's PWC to review the Decisions of the COA (COA05-244) and (COA03-133) | Denied 06/27/07<br><br>**Hudson, J., Recused** |
| State v. Tarleton<br><br>Case below:<br>182 N.C. App. ——<br>(17 April 2007) | No. 212P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-760) | Denied 06/27/07 |
| State v. Wallace<br><br>Case below:<br>179 N.C. App. 710 | No. 597P06 | 1. Def's NOA Based Upon a Constitutional Question (COA05-1550) | 1. —— |
| | | 2. AG's Motion to Dismiss Appeal | 2. Allowed 06/27/07 |
| | | 3. Def's PDR Under N.C.G.S. 7A-31 | 3. Denied 06/27/07<br><br>**Hudson, J. Recused** |
| State v. Watkins<br><br>Case below:<br>169 N.C. App. 518 | No. 119A07 | 1. Def's NOA Based Upon a Constitutional Question (COA04-295-2) | 1. —— |
| | | 2. AG's Motion to Dismiss Appeal | 2. Allowed 06/27/07<br><br>**Hudson, J., Recused** |